Israel Oleet, Respondent, v. The Harris Rabinowitz Realty Company, Inc., Appellant.— Judgment of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

Lillian Posin, an Infant, by Jacob Posin, Her Guardian ad Litem, Harold Posin, an Infant, by Jacob Posin, His Guardian ad Litem, Pearl Posin and Jacob Posin, Respondents, v. Willis Hawley and Olive P. Hawley, Appellants.— Order denying defendants' motion to open default and to vacate judgment reversed upon the law and the facts, without costs, and motion granted, w thout costs. The conflict in assignment of counsel for the trial of causes, between Kings county and New York county, apparently placed the attorney for defendants in a position where he could not avoid this default. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

The People of the State of New York, Respondent, v. Andrew Capobianco, Appellant.— Judgment of conviction of the Court of Special Sessions, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

The People of the State of New York, Respondent, v. Michael Fanning, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

Albert Robinson, Respondent, v. Efficient Multigraphing Corporation, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

Edward Royce, Appellant, v. Florenz Ziegfeld and Rio Rita Co., Inc., Respondents.— Order denying plaintiff's motion to preclude defendants from giving evidence as to certain matters affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

Jacob Rutstein, Appellant, v. United States Fire Insurance Company of New York, Respondent.*— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Hagarty, Seeger and Carswell, JJ., concur; Young, J., dissents, being of opinion that the misrepresentation was immaterial. The factory number and the motor number were correctly given in the policy. The car was also correctly stated to be a master six Buick. The only mistake was that the car was described as a model 25–50 seven-passenger sedan when in fact it was a model 25–51 five-passenger sedan. The factory number and the motor number given in the policy were sufficient for identification.

Jacob Schwartz, Respondent, v. Max Feldman, Appellant.— Judgment reversed upon the law, with costs, and complaint dismissed, with costs. The prior judgment entered in the action brought by the defendant in this action against this plaintiff determined the same issues as those raised in this action, and is, therefore, res adjudicata. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

Mildred Schwartz, Respondent, v. Samuel Frank & Company, Inc., and Samuel Frank, Defendants, and Isadore J. Ginsberg, Appellant.— Judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. The court is of opinion that the remarks made by the trial

* Affd., 251 N. Y. —.